ORIGINAL 04-440C

# In The United States Court of Federal Claims

RECEIVED OVER THE COUNTER

MAR 1 7 2004

THE OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] R. VAUGHN GOURLEY, ESQ.

Firm Name: STEPHENS, GOURLEY & BYWATER

Post Office Box:

Street Address: 3636 NORTH RANCHO DRIVE

City-State-Zip: LAS VEGAS, NEVADA 89130

Telephone & Facsimile Numbers: (702) 656-2355 Telephone
~~(702) 656-2776 Facsimile~~

E-mail address: vgourley@lvcm.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

The failure of the United States to pay the Plaintiff monies due and owing under Value Engineering Change Proprosal (VECP) Awards, as previously awarded and ordered.

Government Agency Involved: D O D

**See attached Sheet for three digit code.** Defense Logistics Agency ; and subagencies; Defense Supply Center

Amount Claimed: $75,187.77 plus all interest as previously awarded

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003