ORIGINAL

FILED
MAR 2 2 2004
U.S. COURT OF FEDERAL CLAIMS

NOTC
R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 503
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 902
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355 Telephone
(702) 656-2776 Facsimile
Attorneys for Plaintiff

04- 440C

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

Docket No.:

**NOTICE OF RELATED CASES**

Pursuant to the provisions of Rule 40.2, the Plaintiff advises the Court that the subject matter of the instant case has not been directly before this Court and other Courts and contract appeals boards in the proceedings listed below:

Bank of America v. United States, Maurice L. Bianchi, Third Party
Fed Claim No. 90-3961-C, (Hodges, J.)

Bank of America v. United States, Maurice L. Bianchi, Third Party,
23 F.3d 380 (Fed Cir. 1994).

Maurice Bianchi, fdba M. Bianchi of California, vs. Wm. Perry, et al
140 F.3d 1294 (9th Cir, 1998)

Appeal of M. Bianchi of California, ASBCA, 91-1 BCA ¶ 23,445

Bianchi v. Walker, 163 F.3d 564, 569 (9th Cir. 1998)

$150.00

Bianchi v. Perry, Case No. 96-15869

Bianchi v. Walker v. Bank of America, 163 F.3d 564 (9th Cir. 1998)

Bianchi v. Walker, CV-S-94-0686-HDM (RJJ)

U.S. Armed Services Board of Contract Appeals, ASBCA No. 26362, et al.

Plaintiff's counsel states that this action involves a matter that indirectly arises out of the transactions and/or events considered in the previous cases. Counsel further states that this action does not call for a determination of the same questions or would likely entail substantial duplication of effort if heard by a different judge.

Dated this 18th day of March, 2004.

Respectfully Submitted,

STEPHENS, GOURLEY & BYWATER

R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 503
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355 Telephone
(702) 656-2776 Facsimile
Attorneys for Plaintiff

Of Counsel:

George E. Graziadei, Esq.
Nevada Bar No. 1775
Scott Michael Cantor, Ltd.
Nevada Bar No. 1713
Graziadei & Cantor, Ltd.
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733 Telephone
(702) 477-0020 Facsimile