# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: March 26, 2004**

**ORDER**

The court is in receipt of plaintiff's Notice of Related Cases. The court **ORDERS** the parties to comply with the following schedule. Pursuant to the Rules of the United States Court of Federal Claims, the defendant shall file its answer to the plaintiff's complaint on or before **Monday, May 17, 2004**. Finally, the parties shall appear for a status conference on **Thursday, May 27, 2004 at 10:30 a.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. The courtroom number will be posted on the day of the hearing. Counsel for the plaintiff may appear by telephone. Unless otherwise notified by plaintiff's counsel, the court will contact plaintiff's counsel at (702) 656-2355. The parties should be prepared to discuss how this case should proceed. Plaintiff's counsel, in particular, should be prepared to discuss how this case is related to, and is distinguished from, the cases cited in the Notice of Related Cases and <u>Bianchi v. United States</u>, 46 Fed. Cl. 363 (2000), which additionally is noted as a related case in plaintiff's complaint.

**IT IS SO ORDERED.**

**<u>S/ Marian Blank Horn</u>**
**MARIAN BLANK HORN**
**Judge**