# In the United States Court of Federal Claims

| | |
|---|---|
| MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-440C<br>Filed: June 3, 2004 |

## ORDER

Pursuant to the court's March 26, 2004 order, a status conference was held in the above-captioned case on Thursday, May 27, 2004 to discuss how this case is related to, and is distinguishable from all the cases cited in the Notice of Related Cases and to discuss how this case should proceed. After discussions with the parties, the court **ORDERED** the parties to comply with the following schedule.

The parties shall engage in serious, substantive settlement negotiations with the aim of resolving the above-captioned case. The parties shall file a status report on or before **Thursday, June 10, 2004** detailing their settlement progress and whether settlement remains a viable option worthy of pursuit. If settlement has not been achieved, the parties also shall propose a course for future proceedings.

A follow-up status conference will be held on **Thursday, June 17, 2004 at 4:00 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. The courtroom number will be posted on the day of the hearing. Counsel for the plaintiff may appear by telephone. Unless otherwise notified by plaintiff's counsel, the court will contact plaintiff's counsel at (702) 656-2355. The parties should be prepared to discuss the parties' settlement progress and future proceedings. As indicated at the status conference, if the parties' settlement efforts are unsuccessful, at the June 17, 2004 status conference, the court will first set a deadline for the submission of joint stipulations outlining the chronology and impact of all the previous, related cases and how the previous cases are related to the above-captioned case. If the parties

cannot agree on an individual item in the joint stipulations, the parties shall identify the previous case and independently discuss the impact on the above-captioned case.

No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

**IT IS SO ORDERED.**

S/Marian Blank Horn

**MARIAN BLANK HORN**
**Judge**