# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: June 7, 2004**

**ORDER**

Pursuant to the court's June 3, 2004 order, a status conference was scheduled in the above-captioned case for Thursday, June 17, 2004 at 4:00 p.m. EST. The court, hereby, **RESCHEDULES** this status conference for **Thursday, June 17, 2004 at 3:00 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. The courtroom number will be posted on the day of the hearing. Counsel for the plaintiff may appear by telephone. Unless otherwise notified by plaintiff's counsel, the court will contact plaintiff's counsel at (702) 656-2355.

The parties should be prepared to discuss the parties' settlement progress and future proceedings. As indicated at the status conference, if the parties' settlement efforts are unsuccessful, at the June 17, 2004 status conference, the court will first set a deadline for the submission of joint stipulations outlining the chronology and impact of all the previous, related cases and how the previous cases are related to the above-captioned case. If the parties cannot agree on an individual item in the joint stipulations, the parties shall identify the previous case and independently discuss the impact on the above-captioned case.

No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**