IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MAURICE L. BIANCHI, )
fdba M. BIANCHI, )
)
Plaintiff, )
) No. 04-440C
v. )
) (Judge Horn)
THE UNITED STATES, )
)
Defendant. )

**PARTIES' STATUS REPORT**

Pursuant to the Court's June 3, 2004 order, the parties report that, during a June 2, 2004 teleconference, we discussed our substantive positions in this case. We did not settle the case, but have agreed that plaintiff will share with defendant certain information and that, on June 15, 2004, we will resume discussions in another telephonic conference.

Respectfully submitted,

s/R. Vaughn Gourley
R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone: (702) 6562355
Facsimile: (702) 6562776

s/Scott Cantor
SCOTT CANTOR
Graziadei & Cantor
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

June 10, 2004

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.

Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965
Attorneys for Defendant

June 10, 2004

**Certificate of Filing**

I hereby certify that on June 10, 2004, a copy of the foregoing Parties' Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL