IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAURICE L. BIANCHI,<br>fdba M. BIANCHI,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-440C<br><br>(Judge Horn) |

APPENDIX TO JOINT STIPULATIONS OUTLINING
CHRONOLOGY, STATUS, AND IMPACT OF PREVIOUS, RELATED CASES

R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone:(702) 656-2355
Facsimile: (702) 656-2776

SCOTT CANTOR
Graziadei & Cantor
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

July 9, 2004

# TABLE OF CONTENTS

PAGE

1. U.S. Armed Services Board of Contract Appeals, ASBCA No. 26362, et al. . . . . . . . . . . . . . . . . . . . 1

    Stipulation to Board Decision, Sept. 27, 1988 . . . . 2

    Opinion, Sept. 29, 1988 . . . . . . . . . . . . . . . . 5

    Opinion, Sept. 20, 1990 . . . . . . . . . . . . . . . . 8

2. Bank of America v. United States, Bianchi, No. 90-3961C (Fed. Cl.), Nos. 93-5059, 93-5060 (Fed. Cir.) . . . . . . . . . . . . 18

    Opinion (Fed. Cl.), Oct. 16, 1992 . . . . . . . . . 19

    Opinion (Fed. Cir.), Apr. 29, 1994 . . . . . . . . . 25

    Order (Fed. Cir.), June 23, 1994 . . . . . . . . . 46

    Order (Fed. Cir.), Sept. 30, 1994 . . . . . . . . . 48

    Opinion (Fed. Cl.), Apr. 6, 1995 . . . . . . . . . 51

    Order (Fed. Cl.), July 26, 1995 . . . . . . . . . . . 56a

    Judgment (Fed. Cl.), July 28, 1995 . . . . . . . . 57

    Order (Fed. Cl.), Aug. 14, 1995 . . . . . . . . . . 58

    Corrected Judgment (Fed. Cl.), Aug. 22, 1995 . . . 59

3. U.S. Armed Services Board of Contract Appeals, ASBCA No. 36518 . . . . . . . . . . . . . . . . . . . . . 60

    Opinion, Feb. 11, 1993 . . . . . . . . . . . . . . . 61

4. Bianchi v. Perry,
No. CV-94-00686-HDM (D. Nev.),
No. 96-15869 (9th Cir.) . . . . . . . . . . . . . . . . . 90

Minutes (D. Nev.), Mar. 1, 1996 . . . . . . . . . . . 91

Judgment (D. Nev.), Mar. 1, 1996 . . . . . . . . . . 92

Transcript pp. 1, 13-26 (D. Nev.), Mar. 1, 1996 . . 93

Opinion (9th Cir.), Apr. 9, 1998 . . . . . . . . . . 108

Order (9th Cir.), May 24, 1999 . . . . . . . . . . . 113

5. Bianchi v. Walker,
No. CV-S-94-747-LDG (RJJ) (D. Nev.),
No. 97-17024 (9th Cir.),
No. 98-1860 (U.S.) . . . . . . . . . . . . . . . . . 115

Order (D. Nev.), Sept. 16, 1996 . . . . . . . . . . 116

Judgment (D. Nev.), Sept. 16, 1996 . . . . . . . . 122

Order (D. Nev.), Sept. 26, 1997 . . . . . . . . . . 124

Opinion (9th Cir.), Dec. 11, 1998 . . . . . . . . . 126

Order (9th Cir.), Feb. 17, 1999 . . . . . . . . . . 132

Order (U.S.), Oct. 4, 1999 . . . . . . . . . . . . . 133

6. Bianchi v. United States,
No. 98-794C (Fed. Cl.) . . . . . . . . . . . . . . . . . 134

Opinion, Feb. 14, 2000 . . . . . . . . . . . . . . . 135

7. U.S. Armed Services Board of Contract Appeals,
ASBCA No. 37029 . . . . . . . . . . . . . . . . . . . . . 141

Opinion, Dec. 28, 2000 . . . . . . . . . . . . . . . 142