R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 503
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 902
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355 Telephone
(702) 656-2776 Facsimile

Of Counsel:

George E. Graziadei, Esq.
Nevada Bar No. 1775
Scott Michael Cantor, Ltd.
Nevada Bar No. 1713
Graziadei & Cantor, Ltd.
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733 Telephone
(702) 477-0020 Facsimile
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA, )
)
Plaintiff, ) Docket No.: 04-440C
)
vs. )
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME REGARDING**

**DISCOVERY PURSUANT TO RCFC RULE 6.1**

COMES NOW, Plaintiff MAURICE L. BIANCHI, by and through his attorneys of record, the law offices of STEPHENS, GOURLEY & BYWATER and GRAZIADEI AND CANTOR, and hereby files this Motion for Enlargement of Time within which to conduct discovery. This Motion is made and based upon all of the pleadings and papers already on file herein, as well as any and all Orders of the Court, and any and all exhibits and/or affidavits attached hereto.

**POINTS AND AUTHORITIES**

## I. FACTUAL BACKGROUND

On June 25, 2004, the Court entered an Order in this matter pursuant to a Status Conference held on Thursday, June 17, 2004.

As part of that Order, the Court required discovery to close on July 30, 2004. Thereafter on July 1, 2004, and in an effort to timely comply with the Court's June 25, 2004 Order, the Plaintiff served the Defendant Government with Interrogatories and Requests for Production of Documents, via e-mail, telefax, and Regular U.S. mail.

Subsequently, on July 12, 2004, Defendant Government, for the first time, notified the Plaintiff that Defendant Government objected to Plaintiff's discovery requests, based upon their timeliness, as having been filed upon the Government via telefax, e-mail and Regular U.S. mail. (Exhibit "A") The Plaintiff responded to the Government that same day responding that the Government had, in the Plaintiff's estimation, been served in a timely fashion via telefax, e-mail and Regular U.S. mail pursuant to the June 25, 2004 Court Order, further indicating that if the Government was still unwilling to respond to the discovery requests, that the Plaintiff would bring the matter to the Court's attention and request an extension regarding discovery. (Exhibit "B")

Thereafter, the Government responded to Plaintiff's counsel's correspondence (Exhibit "C"), stating that the Government had not consented to the electronic service of discovery requests (even though the case has been designated as an electronic case filing and the Parties' counsel have communicated and responded numerous times via e-mail, including in the preparation of a Status Report to the Court as well as the Joint Stipulations and Appendices as recently filed with the Court), further stating that the Plaintiff could now represent to the Court that the Government would consent to an extension of the discovery period that would allow for a 30 day response period to any future discovery requests re-served upon the Government by the Plaintiff via hand delivery, or a 33 day response period to any future discovery requests that the Plaintiff re-serves upon the Government via U.S. mail. (Exhibit "C")

Under the circumstances as hereinabove outlined, the Plaintiff hereby respectively requests the Court extend the discovery cut-off deadline for an additional 35 days from the date of any Court Order granting this request, in order allow the Plaintiff to re-serve and renew the original discovery requests propounded to the government by e-mail, telefax and Regular U.S. mail on July 1, 2004. This would allow the Plaintiff to re-serve the Government, who has refused to accept or acknowledge service of the prior discovery requests via electronic means, would allow for reasonable

discovery per the Court's June 25, 2004 Order, and would comply with the spirit and the intent of the Court and the Parties regarding discovery, as discussed during the June 17, 2004 status hearing.

## II. LEGAL AUTHORITIES

Rule 6.1 of the Rules of the United States Court of Federal Claims states:

> "**Rule 6.1. Enlargements of Time.** Every motion for enlargement of time must set forth therein the specific number of additional days requested, the day to which the enlargement is to run, the extent to which the time for the performance of the particular act as been previously enlarged, and the reason or reasons upon which the motion for enlargement is based. Motions for enlargement of time must include a representation that the moving party has discussed the motion with opposing counsel and a statement indicating whether or not an opposition will be filed or, if opposing counsel cannot be consulted, an explanation of the efforts that were made to do so."

In the instant case, Plaintiff's counsel has now been informed that the Defendant has taken the position that it will not answer the Plaintiff's original discovery requests due to the Defendant's contentions that the Plaintiff's requests were untimely served and that the Defendant did not consent to the service of any discovery requests by electronic means. Therefore, the Plaintiff requests an enlargement of the discovery cut-off deadline for an additional thirty five (35) days, from the date of any subsequent Order of this Court allowing the same, in order to allow Plaintiff to re-serve the Government with its prior discovery requests and allow the Government to provide its answers and responses thereto.

There have been no previous requests filed with the Court for an enlargement of the discovery cut-off deadline, and the Plaintiff's request will serve the interests of justice and will not result in any prejudice to the Defendant.

/// /// ///

/// /// ///

/// /// ///

Respectively Submitted,

July 13, 2004

s/R. Vaughn Gourley
R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone: (702) 6562355
Facsimile: (702) 6562776

s/Scott M. Cantor
SCOTT CANTOR
Graziadei & Cantor
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020
Attorneys for Plaintiff

/// /// ///

/// /// ///

/// /// ///

**CERTIFICATE OF FILING**

I hereby certify that on July ____, 2004, a copy of the foregoing PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME REGARDING DISCOVERY PURSUANT TO RCFC RULE 6.1 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/R. Vaughn Gourley