JL-12-2004 16:12 US DEPT OF JUSTICE

**U.S. Department of Justice**

Civil Division

DJ# 154-04-440
REK:TPMcIlmail

Telephone: (202) 307-0361
Facsimile: (202) 514-7965

*Washington, D.C. 20530*

July 12, 2004

TO BE SENT BY MAIL AND FACSIMILE

R. Vaughn Gourley
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Facsimile: (702) 656-2776

Re: Bianchi v. United States, No. 04-440C (Fed. Cl.)

Dear Mr. Gourley:

We object to your Plaintiff's First Set Of Requests For Production Of Documents and your Plaintiff's First Set Of Interrogatories To Defendant. You served those requests upon us, by mail, on July 1, 2004. The Court's rules provide us 33 days to respond to those requests. Discovery in this case closes, however, on July 30, 2004. Your requests are, therefore, untimely. See Shell Petroleum, Inc. v. United States, 46 Fed. Cl. 583, 584 (2000).

Please let us know if you intend to request from the Court an extension of the discovery period in order to renew your discovery requests. Thank you for your attention to this matter.

Sincerely,

Timothy P. McIlmail
Attorney
Commercial Litigation Branch

# EXHIBIT "A"