# STEPHENS, GOURLEY & BYWATER

ATTORNEYS AT LAW

*An Association of Professional Corporations*

David A. Stephens email: dstephens@lvcm.com
Gordon E. Bywater email: gbywater@lvcm.com
R. Vaughn Gourley+ email: vgourley@lvcm.com
+Also Admitted in Utah

July 12, 2004

VIA FACSIMILE
[(202) 514-7965]
Timothy McIlmail, Esq.
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

RE: Maury Bianchi v. United States

Dear Mr. McIlmail:

Please be advised that your office was served with Plaintiff's First Set of Requests of Production and First Set of Interrogatories by telefax, e-mail and U.S. mail on July 1, 2004. In addition, Rule 33 and 34 of the United States of Court of Federal Claims provides that the government is to respond within 30, not 33 days.

We believe that the government was served in a timely fashion with the discovery requests. Moreover, we believe that any objection by the government (first telefaxed to Plaintiff's Counsel by the government on July 12, 2004) to answering the discovery requests propounded to the government by the Plaintiff will constitute bad faith on the part of the government, and a clear violation of the Rules and the Order of the Court.

If the government is still unwilling to respond to the discovery requests, we intend on bringing this matter fully to the Court's attention and will request an extension from the Court regarding the discovery period in order to require the government to respond in a timely fashion.

Sincerely,

STEPHENS, GOURLEY & BYWATER

R. Vaughn Gourley, Esq.
RVG:pt

3636 N. Rancho Drive, Las Vegas, Nevada 89130
Telephone: (702) 656-2355 | Facsimile: (702) 656-2776

# EXHIBIT "B"