U.S. Department of Justice

Civil Division

Telephone: (202) 307-0361
Facsimile: (202) 514-7965

*Washington, D.C. 20530*

DJ# 154-04-440
REK:TPMcIlmail

July 12, 2004

TO BE SENT BY MAIL AND FACSIMILE

R. Vaughn Gourley
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Facsimile: (702) 656-2776

Re: Bianchi v. United States, No. 04-440C (Fed. Cl.)

Dear Mr. Gourley:

Thank you for your response to our July 12, 2004 letter regarding your Plaintiff's First Set Of Requests For Production Of Documents and your Plaintiff's First Set Of Interrogatories To Defendant. We have not, in this case, consented in writing to electronic service of discovery requests; therefore, your only proper service of those discovery requests was by your mailing those requests on July 1. See Rule 5(b)(2) of the Rules of the United States Court of Federal Claims ("RCFC"). The first day of the period to respond to a discovery request that is served on July 1, is July 2; the day after service. See RCFC 6(a). July 2 to July 30 is a period of 29 days; not 30. In addition, RCFC 6(e) adds three days to the response periods provided by RCFC 33 and 34.

Finally, regarding your intent to request an extension of the discovery period, you may represent that we would consent to an extension of the discovery period that allows for a 30-day response period to any future discovery requests that you serve upon us by hand, or a 33-day response period to any future discovery requests that you serve upon us by mail.

Thank you for your attention to this matter.

Sincerely,

Timothy P. McIlmail
Attorney
Commercial Litigation Branch

# EXHIBIT "C"