MOT

SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No. 001713
GRAZIADEI & CANTOR, LTD.
302 E. Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733
Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba )
M. BIANCHI OF CALIFORNIA, )
)
)
Plaintiff, )
) No. 04-440C
vs. )
)
)
THE UNITED STATES OF AMERICA, )
)
)
Defendant, )
)

**MOTION FOR ENLARGEMENT OF DISCOVERY**

COME NOW the Plaintiff, MAURICE L. BIANCHI by and through their counsel, of record. The rules of the United States Court of Federal Claims (CFCR) 6(b) moves this Court for an Order Enlarging the Time to complete Discovery and for filing of Pre-Trial Motions.

This Motion is made and based upon the grands that counsel of record for Plaintiff, Mr. R. Vaughn Gourley, has been diagnose with an illness which requires at least two weeks of bed rest and avoidance of stress as confirmed by Mr. Gourley's physician's letter, a copy of which is attached hereto and made a part hereof as "Exhibit1".

This Motion is further made and based upon the records and pleadings herein, the Points and Authorities hereto, and the Affidavit in Support hereof.

Dated this 3rd day of September, 2004

Respectfully Submitted,
GRAZIADEI & CANTOR, LTD.

s/ Scott Cantor
SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No.
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101

Telephone (702) 477-7733
Fax (702) 477-0020
Attorneys for Plaintiff

## POINTS AND AUTHORITIES

Plaintiff's counsel, Mr. Gourley, has a viral condition commonly known as shingles which is aggravated or symptoms of which are triggered by stress. He was under active care of a physician for that treatment but because of the acuteness and severity of the symptoms, the Doctor has ordered Mr. Gourley to bed rest and the avoidance of stress for a period of at least two weeks. Giving that the time of his recovery is uncertain and, to a degree, speculative it is suggested that a 30 day Enlargement of all outstanding dead lines for the completion of Discovery and filing of pre-trial and or Discovery Motions should be extended for a period of not less than 30 days.

RCFC 6(b) provides as follows:

> "(b) **Enlargement** when by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if requested therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or
> (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under RCFC 52(b), 54(d)(1), 59(b), (d) and (e), and 60(b), except to the extent and under the condition stated in them." RCFC 6(b).

RCFC 6.1 provides as follows:

"Every motion for enlargement of time must set forth therein the specific number of additional days requested, the day to which the enlargement is to run, the extent to which the time for the performance of the particular act has been previously been enlarged, and the reason or reasons which the motion for enlargement is based. Motions for enlargement of time must include a representation that the moving party has discussed the motion with opposing counsel and a statement indication whether an opposition will be filled or, if opposing counsel cannot be consulted, an explanation of the efforts that were made to do so." RCFC 6.1

Upon Mr. Gourley being ordered to bed rest by his physician, he informed undersigned, of counsel, who has assisted in the preparation of this Motion due to Mr. Gourley's infirmary. Prior to bringing this Motion, Mr. Mcllmail was informed, in writing, of Mr. Gourley's illness and the doctor's order regarding his recovery and on September 2, 2004 spoke to George E. Graziadei Esq., of Graziadei & Cantor, Ltd., of counsel in this case and authorized a representation to this Court that the United States did not oppose the request for the continuance under the circumstances.

There are various time deadlines imposed by order of the Court for completion of Discovery and Filing of Motions accordingly all such deadlines should be extended for a period of not less than 30 days.

## CONCLUSION

For the forgoing reasons and upon concurrence of counsel for the United States, this Court should enlarge the time for completion of Discovery and filing of pre-trial Motions.

Dated this 3rd day of September, 2004

Respectfully submitted,

GRAZIADEI & CANTOR, LTD.

BY:___s/ Scott Cantor___________

SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar #001713
302 East Carson Avenue, #400
Las Vegas, Nevada 89101
Attorney for Plaintiff

Center for Colon and
Digestive Diseases

**Tousif M. Pasha, M.D., M.P.H.**
2050 Mariner Dr., Suite 150
Las Vegas, NV 89128
Ph : 702-948-9480
Fax: 702-948-9488
www.colondocs.com

# FAX : CONFIDENTIAL

| | |
|---|---|
| *To:* | **Mr. Gourley** |
| *Fax Number:* | 6562776 |

| | |
|---|---|
| *From:* | **Tousif Pasha** |
| *Fax Number:* | 7029489488 |
| *Business Phone:* | 7029489480 |
| *Home Phone:* | |
| *Pages:* | 2 |
| *Date/Time:* | 8/26/2004 2:17:41 PM |
| *Subject:* | Letter .. |

CONFIDENTIAL FAX in compliance with HIPPA regulations. The information contained in this

FAX is confidential and privileged. This FAX is intended to be reviewed initially by only the individual named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient you are hereby notified that any review, dissemination, or copying of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please notify the sender immediately by telephone and return this FAX to the sender at the address above. If you have any problems receiving this fax please phone (702) 948-9480. Thank you.

Center for Colon and
Digestive Diseases

Tousif M. Pasha, MD, MPH
*Consultant in Gastroenterology & Hepatology*

## CERTIFICATE FOR EXCUSE FROM WORK

**Date: 08/26/2004**

**To Whom It May Concern:** Mr. R. Vaughn Gourley was here to see Dr. Tousif Pasha, M.D., M.P.H. today. Due to his medical condition, he is to avoid any stress and seek bed-rest for a period no less than 2. weeks. Please call me if you have any questions.

Tousif Pasha, M.D., M.P.H.
Electronic signature

Center for Colon and Digestive Diseases
2050 Mariner Dr., Suite 150
Las Vegas, NV. 89128
702-948-9480

August 27, 2004

VIA FACSIMILE (208-523-2242)

Timothy McIlmail, Esq.
United States Department of Justice Civil Division
1100L Street, N.W.
Washington, D.C. 20005

Re: Bianchi v. United States; United States Court of Federal Claims;
Case No.

Dear Mr. McIlmail:

Further to the voice mail which I left on your phone this afternoon, this letter shall confirm that counsel of record for Mr. Bianchi, Vaughn Gourley, is ill and has been ordered by his physician, Dr. Tousif Pasha, to bed rest for a period of not less than two weeks.

I received a facsimile from Dr. Pasha's office confirming that Mr. Gourley was seen by the doctor and that due to his medical condition he is to avoid any stress and seek bed rest for a period of not less than two weeks. However, the letter omitted any description of his condition or the doctor's diagnosis. I am attempting to contact Mr. Gourley so that he can authorize the physician to provide a letter providing you and the Court with more specificity.

Under the circumstances I believe that appropriate to stipulate to extend all dead lines for a period of not less than 30 days.

Please contact me upon receipt of this correspondence so we may discuss this concern. If, in the meanwhile, I receive any correspondence from Dr. Pasha's office which is more specific in regard to the description of the medical condition, I shall forward the same to you under separate cover.

I look forward to your reply.

Sincerely,

GRAZIADEI & CANTOR, LTD.

SCOTT MICHAEL CANTOR, ESQ.

SMC:dp

**AFFIDAVIT OF SCOTT MICHAEL CANTOR, ESQ.**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

SCOTT MICHAEL CANTOR, ESQ., being first duly sworn deposes and says:

1. That I am an attorney duly licensed to practice before the United States Court of Federal Claims; that I am a member of the law firm of Graziadei & Cantor, LTD., of counsel to Vaughn Gourley, Esq., in this matter; I am familiar with all facts stated in this Affidavit and I am competent to testify to those facts of my own knowledge, except as to matter stated herein upon information and belief and, as to such matters, I believe them to be true.

2. That I make this Affidavit in support of Plaintiff's Motion for Enlargement of Time.

3. That I received communication from counsel of record, Mr. Gourley, that he was ill and that he was ordered by his physician to at least two weeks of bed rest. I requested of Mr. Gourley that his physician provide us with a letter evidencing that fact.

4. Attached to the Motion and made a part thereof is a letter from Mr. Gourley's physician documenting that Mr Gourley is under the physician's care and has been ordered to avoid stress and to take bed rest for two weeks.

5. That I wrote to counsel for the United States in this matter, Mr. Macllmail, as evidenced by the letter attached hereto. At my request, my associate, George E. Graziadei, Esq., spoke directly with Mr. Macllmail and based upon that conversation, I am informed, believe and thereon allege that Mr. Macllmail authorized the Plaintiff to represent in the instant Motion that the United States had no objection to the Enlargement of Time upon the grounds stated in that Motion.

WHEREFORE, your Affiant prays this Court for an Order enlarging the time for Discovery and filing pre-trial Motions for a period of not less than 30 days.

FURTHERMORE, your Affiant sayeth naught.

DATED this 3rd day of September, 2004

__s/Scott Cantor_____________
SCOTT MICHAEL CANTOR,

SUBSCRIBED and SWORN to before
me this 3rd day of September, 2004

___s/Pamela L. Noyes__________
Notary Public in and for said
County and State