# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: September 13, 2004**

## ORDER

The court is in receipt of plaintiff's September 3, 2004 motion for an enlargement of time for discovery and its September 10, 2004 amended motion for an enlargement of time for discovery. Pursuant to the court's July 14, 2004 order, discovery in the above-captioned case was scheduled to close on Friday, September 3, 2004. In the motion, plaintiff requests an enlargement of the discovery period in this case by thirty days due to illness of plaintiff's attorney. The court **GRANTS** plaintiff's motion. Discovery in the above-captioned case shall close on **Friday, October 8, 2004**. Since this is an electronic case, the court notes that defense counsel should be receptive to the electronic transmission of discovery requests.

Given the enlargement of the discovery period in this case, the court amends the schedule set forth in the court's July 14, 2004 order. The following dates shall govern the remainder of this case.

On or before **Friday, November 5, 2004**, the parties shall file joint stipulations of fact with a supporting appendix, if necessary, setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case. The parties are to separately identify, if necessary, any statement of fact that is not agreed upon by both parties, but which one party believes to be at issue in the case, in order to assist the parties and the court to determine whether the case is ripe for summary judgment, or whether there are material facts in dispute precluding summary judgment. In the event dispositive motions are filed in this case, the joint stipulations of fact will replace the moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact.

Prior to the filing of any motions, a status conference will be held on **Friday, November 12, 2004 at 3:00 p.m. EST** to discuss whether dispositive motions are appropriate in this case and, if so, to establish a schedule for their submission. The conference will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. The courtroom number will be posted on the day of the hearing. Counsel for the plaintiff may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (702) 656-2355. The parties should be prepared to discuss whether material facts are in dispute in this case and whether dispositive motions are appropriate. No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**