# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: October 4, 2004**

**ORDER**

By an order issued on September 13, 2004, this court scheduled a status conference in this case for Friday, November 12, 2004 at 3:00 p.m. On September 29, 2004, the defendant's attorney contacted chambers and requested that the conference date be changed because of a conflict. Defendant's attorney stated that this change is unopposed.

Therefore, the court **RESCHEDULES** the status conference to **Tuesday, November 16, 2004, at 3:00pm**. All other deadlines for scheduled matters and filings remain unchanged. The conference will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. Counsel for the plaintiff may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (702) 656-2355. The courtroom number will be posted on the day of the hearing. As previously stated, the parties should be prepared to discuss whether material facts are in dispute in this case and whether dispositive motions are appropriate. No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**