**MOT**

R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 0503
STEPHENS, GOURLEY & BYWATER, P.C.
3636 N. Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355
Attorney for Plaintiff

SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No. 1713
GRAZIADEI & CANTOR, LTD.
302 E. Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 4777733
Of Counsel

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba )
M. BIANCHI OF CALIFORNIA, )
)
)
Plaintiff, )
) No. 04440C
vs. )
)
)
THE UNITED STATES OF AMERICA, )
)
)
Defendant, )
________________________________ )

**MOTION FOR ENLARGEMENT OF TIME TO FILE THE PARTIES'**

**"JOINT STIPULATIONS OF FACT".**

COMES NOW, the Plaintiff, MAURICE L. BIANCHI, by and through undersigned counsel and, pursuant to the Rules of the United States Court of Federal Claims (CFCR) 6(b), moves this Court for an Order enlarging the time in which to submit the parties' Joint Stipulations of Fact to November 15, 2004, an extension of ten days.

This Motion is made and based upon the grounds that counsel of record for Plaintiff, Mr. R. Vaughn Gourley, who was previously diagnosed with an illness, has become actually ill and has sought medical treatment, making it impossible for the parties to complete the Joint Stipulations of Fact on or before

This Motion is further made and based upon the records and pleadings herein, the Points and Authorities hereto and the Declaration in Support hereof.

Dated this 4th day of November, 2004.

Respectfully Submitted,
GRAZIADEI & CANTOR, LTD.

/s/

SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No. 001713
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 4777733
Facsimile: (702) 4770020
Of Counsel

**POINTS AND AUTHORITIES**

Plaintiff's counsel, Mr. Gourley, has a viral condition commonly known as shingles which is aggravated or symptoms of which are triggered by stress. He is under active care of a physician for that treatment but became acutely ill this date and has sought medical treatment. Given that the parties are negotiating between them the Joint Stipulations of Fact but have not yet resolved all remaining issues, an Enlargement of Time to file the Joint Stipulations of Fact of ten days should be granted, extending that filing to November 15, 2004. Counsel for the United States, Mr. McIlmail, has consented to this enlargement due to Mr. Gourley's acute illness and because he, himself, shall be traveling on Government business and believes it to be difficult to electronically file the Joint Stipulations of Facts from a remote location.

RCFC 6(b) provides as follows:

"(b) Enlargement When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or
(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under RCFC 52(b), 54(d)(1), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them." RCFC 6(b).

RCFC 6.1 provides, as follows:

"Every motion for enlargement of time must set forth therein the specific number of additional days requested, the day to which the enlargement is to run, the extent to which the time for the performance of the particular act has previously been enlarged, and the reason or reasons upon which the motion for enlargement is based. Motions for enlargement of time must include a representation that the moving party has discussed the motion with opposing counsel and a statement indicating whether an opposition will be filled or, if opposing counsel cannot be consulted, an explanation of the efforts that were made to do so." RCFC 6.1

Upon Mr. Gourley taking ill, this date, he informed undersigned, who is Of Counsel, and who has prepared this Motion due to Mr. Gourley's iillness. Prior to bringing this Motion, Mr. Mcllmail was informed of Mr. Gourley's illness and, on November 4, 2004, spoke to undersigned counsel, and authorized a representation to this Court that the United States did not oppose the request for the enlargement under the circumstances. Moreover, Mr. McIlmail, himself, is scheduled to travel to Minneapolis on Government business and believes that it shall be

problematic if he attempts to electronically file the Joint Stipulations of Fact from a remote location.

## CONCLUSION

For the forgoing reasons and upon concurrence of counsel for the United States, this Court should enlarge the time for filing the parties' Joint Stipulation of Fact by ten days to and including November 15, 2004.

Dated this 4th day of November, 2004

Respectfully submitted,

GRAZIADEI & CANTOR, LTD.

BY:____________/s/__________
SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No. 1713
302 East Carson Avenue, #400
Las Vegas, Nevada 89101
Of Counsel

## DECLARATION OF SCOTT MICHAEL CANTOR, ESQ.

SCOTT MICHAEL CANTOR, ESQ., Of Counsel for Plaintiff, MAURICE BIANCHI, in the above entitled matter, declares under penalties of perjury, as follows:

1. That I am Of Counsel to R. Vaughn Gourley, Esq., attorney of record for Plaintiff in this action, in this case;
2. That I have read the foregoing Motion for Enlargement of Time to file the parties' "Joint Stipulations of Fact" and know the factual averments contained therein to be true of my own knowledge, except as to those matters stated therein upon information and belief and, as to such matters, I believe them to be true.

WHEREFORE, I pray that this Court grant the Instant Motion for Enlargement of Time to file the parties' Joint Stipulations of Fact, to and including, November 15, 2004.

Dated this 4th day of November, 2004.

Respectfully submitted,

GRAZIADEI & CANTOR, LTD.

BY:_________/s/_____________
SCOTT MICHAEL CANTOR, ESQ.
Nevada Bar No. 1713
302 East Carson Avenue, #400
Las Vegas, Nevada 89101
Of Counsel