# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA
Plaintiff,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: November 5, 2004**

## ORDER

The court is in receipt of the plaintiff's November 5, 2004 unopposed motion for enlargement of time of ten days, to November 15, 2004, within which to file the parties' Joint Stipulation of Facts. As requested, the court, hereby, **GRANTS** the plaintiff's motion for an enlargement of time, and **ORDERS** the parties to file their Joint Stipulation of Facts on or before **12:00 pm EDT on Monday, November 15, 2004**. All other deadlines for scheduled matters and filings remain unchanged. The scheduled status conference will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the defendant shall appear in person. Counsel for the plaintiff may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (702) 656-2355. The courtroom number will be posted on the day of the hearing. As previously stated, the parties should be prepared to discuss whether material facts are in dispute in this case and whether dispositive motions are appropriate. No motions shall be filed pending discussions at the status conference as to the appropriate course of action for the above-captioned case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**