R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 503
DAVID A. STEPHENS, ESQ.
Nevada Bar No. 902
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355 Telephone
(702) 656-2776 Facsimile

Of Counsel:

George E. Graziadei, Esq.
Nevada Bar No. 1775
Scott Michael Cantor, Ltd.
Nevada Bar No. 1713
Graziadei & Cantor, Ltd.
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733 Telephone
(702) 477-0020 Facsimile
Attorneys for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA, )
)
Plaintiff, ) Docket No.: 04-440C
)
vs. ) (Judge Horn)
)
THE UNITED STATES OF AMERICA, ) Electronically Filed
) November 12, 2004
Defendant. )

**MOTION SEEKING LEAVE OF COURT TO FILE THE PLAINTIFF'S PORTION OF THE APPENDIX, IN SUPPORT OF THE JOINT STIPULATIONS OF FACT, IN SOME OTHER ELECTRONIC FORMAT AND/OR IN PAPER FORM**

COMES NOW, Plaintiff MAURICE L. BIANCHI, by and through his attorneys of record, the law offices of STEPHENS, GOURLEY & BYWATER and GRAZIADEI AND

CANTOR, LTD. and hereby files this Motion Seeking Leave of Court for an Order from the Honorable Judge Marian Horn,

authorizing the filing, in some other electronic format and/or paper form, of the Plaintiff's portion of the Appendix. This Motion is made and based upon the following Points and Authorities, as well as any and all other applicable pleadings and papers already on file herein.

## POINTS AND AUTHORITIES

### A. FACTUAL BACKGROUND

The Court has ordered that the Parties to this litigation file their Joint Stipulations of Fact with the Court, through the Court's electronic filing procedures on or before Monday, November 15, 2004 (12 noon Eastern Daylight Time, 9:00 a.m. Pacific Daylight Time). As part of the Court's prior Order, the Court has ordered that any and all separate statements of fact, as provided by either of the Parties, be supported by appropriate documents referenced and contained in an appendix.

Plaintiff's counsel's offices have limited capabilities regarding PDF formatting, and were therefore required to seek outside assistance in the formatting of the Plaintiff's portion of the Appendix into a PDF file, which PDF file was placed on a CD-Rom for Plaintiff's counsel's use. However, Plaintiff's counsel's computer capabilities will not allow it to now electronically transfer the Plaintiff's portion of the Appendix (which is approximately 315 pages) via e-mail to either attorney McIlmail or to the U.S. Court of Federal Claims.

In addition, since the documents have been placed in PDF format on the CD-Rom and have also been subsequently transferred into Plaintiff's counsel's secretary's computer, the formatted documents cannot now be broken down into 2 MB increments in order to file the same, pursuant to the Court's new General Order No. 42A governing electronic filing, as issued by the Court on November 4, 2004.

Because of all of the foregoing, Plaintiff's counsel respectively requests an Order of the Court allowing the Plaintiff to file his portion of the Appendix through some other electronic format (i.e. a CD-Rom)and/or in paper form.

### B. AUTHORITIES

United States Court of Federal Claims, General Order No. 42A dealing with Interim Procedures for Electronic Case Filing states, in pertinent part:

**I. Scope of Electronic Filing.**

"4. An ECF filing (e.g. a brief or memoranda and an appendix) may be broken into several Adobe PDF files. Unless otherwise ordered by the assigned judge, each such Adobe PDF file shall not excess 2

megabytes in size. Counsel shall endeavor to limit the total number of Adobe PDF files constituting an ECF filing. The CM/ECF User Guide, available on the Court's website, provides suggestions on how to minimize the size of scanned files. For files that would exceed this limitation, the Filing User shall seek appropriate relief from the assigned judge, who may, for example, authorize the filing in some other electronic format (e.g., a CD-Rom) or in paper form. (Emphasis Added)

5. Unless otherwise ordered by the assigned judge, where documents, including exhibits or attachments, would exceed 50 pages when printed, the Filing User shall supply chambers with a courtesy copy of the document in paper form. The assigned judge may order the parties to supply courtesy copies in paper form of any ECF filing."

In the instant case, the Joint Stipulations of Fact consists of only18 pages. However, the combined appendices of the Plaintiff and the Defendant are approximately 432 pages. Since Plaintiff's counsel's secretary's computer is unable to even electronically send the Plaintiff's portion of the Appendix to attorney Tim McIlmail and/or to Plaintiff's other counsel, attorney Scott Cantor, and since the Plaintiff's CD-Rom containing the Plaintiff's Appendix will not allow it to now modify the PDF files contained on the CD-Rom, or to break the files into smaller 2 MB increments, Plaintiff's counsel now requests that the Court issue an order allowing Plaintiff's counsel to file Plaintiff's portion of the Appendix, via CD-Rom and/or in paper form with the Court.

It is also Plaintiff's counsel's understanding that the Defendant's portion of the Appendix will be filed with the Court in electronic format, with the Joint Stipulations of Fact, without the need of providing the Court with a copy of the Defendant's portion of the Appendix via CD-Rom.

Based upon all of the foregoing, Plaintiff respectively requests the Court grant its Motion and authorize the filing of Plaintiff's portion of the Appendix in some other Electronic Format, (i.e. CD-Rom) and/or in Paper Form.

Respectively Submitted,

November 12, 2004

s/R. Vaughn Gourley

R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone: (702) 6562355
Facsimile: (702) 6562776

SCOTT MICHAEL CANTOR
Graziadei & Cantor, LTD.
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020
Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I hereby certify that on November 12, 2004, a copy of the foregoing **MOTION SEEKING LEAVE OF COURT TO FILE THE PLAINTIFF'S PORTION OF THE APPENDIX, IN SUPPORT OF THE JOINT STIPULATIONS OF FACT, IN SOME OTHER ELECTRONIC FORMAT AND/OR IN PAPER FORM** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/R. Vaughn Gourley