IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MAURICE L. BIANCHI,<br>fdba M. BIANCHI,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-440C<br><br>(Judge Horn)<br><br>Electronically filed<br>November 12, 2004 |

**APPENDIX TO JOINT STIPULATIONS OF FACT**

R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone:(702) 656-2355
Facsimile: (702) 656-2776

SCOTT MICHAEL CANTOR
Graziadei & Cantor. LTD.
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

November 5, 2004

# TABLE OF CONTENTS

PAGE

Letter from Maurice L. Bianchi to Thomas Hornak, Esq., Defense Logistics Agency, Apr. 4, 1994 . . . . . . . . . . . 1

Letter of George E. Graziadei to K. Shutt, U.S. General Accounting Office, Re: ASBCA No. 36518/Contract No. DLA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, U.S. Court of Appeals for the Federal Circuit/ Case No. 93-1402, Aug. 12, 1994 . . . . . . . . . . . . . . . 2

Complaint In The Nature Of Mandamus, Case No. CV-S-94-747-LDG (RJJ) (D. Nev.), with attachments), Aug. 31, 1994 . . . . . . . . . . . . . . 3

Record Of Payment, Dec. 23, 1999 . . . . . . . . . . . . . . . . . . . . . . 37

Letter of Bruce W. Baird, Defense Logistics Agency, to Hon. Jim Gibbons, House of Representatives, with supplemental information), Oct. 6, 2000 . . . . . . . 38

Complaint, Case No. 04-440C (Fed. Cl.), Mar. 18, 2004 . . . . . . . . . . . . . . . . . . . . . . 45

Record Of Payment, July 27, 2004 . . . . . . . . . . . . . . . . . . . . . . 61

Letter of LCDR C. Pedersen, Defense Logistics Agency to J. Caputo, Bank of America, Subject: Contract DLA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C with Branchi (sic) M. of Calif (with attachments), Mar. 27, 1980, . . . . . . . 62

Letter of Lamar M. Gresham, Defense Logistics Agency to Commander, Defense Personnel Support Center, Subject: Notice of Assignment on Contract DLA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, M. Bianchi of California (with attachments), Aug. 25, 1980, . . . . . . . . . . . . . . . . . . . . . 66

Order, Case No. CV-S-94-747-LDG (RJJ) (D. Nev.), Sept. 17, 1996 . . . . . . . . . . . . . . . . . . . . . 71

Judgment, Case No. CV-S-94-747-LDG (RJJ) (D. Nev.), Sept. 17, 1996 . . . . . . . . . . . . . . . . . . . . . 77

Motion For A New Trial, Or, In The Alternative, To Alter And Amend Findings Of Fact, Conclusions Of Law And Amend Judgment (with exhibits), Case No. CV-S-94-747-LDG (RJJ) (D. Nev.), Sept. 27, 1996 . . . . . . . . . . . . . . . 79

Order, Case No. CV-S-94-747-LDG (RJJ) (D. Nev.), Sept. 29, 1996 . . . . . . . . . . . . . . . . . . . . 111

Opinion, Bianchi v. Walker, Case No. 97-17024 (9th Cir.)
Dec. 11, 1998 . . . . . . . . . . . . . . . . . . . . . . 113
Non-Notarized Assignment of Claims Under Government Contract
February 22, 1980 . . . . . . . . . . . . . . . . . . . . . 200
Non-notarized Assignment of Claims Under Government Contract,
August 14, 1980 . . . . . . . . . . . . . . . . . . . . . . 201

Armed Services Board of Contract Appeals,
Opinion By Administrative Judge Burg,
ASCBA Nos. 26363, 26364, 26365, 26366, 26505,
26506, 26513, 26642, 29932, 29933, and 29934,
September 29, 1988 . . . . . . . . . . . . . . . . . . . 202
Armed Services Board of Contract Appeals,
Opinion By Administrative Judge Burg,
ASCBA No. 36518, February 11, 1993 . . . . . . . . . . . 205Letter to
Michael Clancy, Esq. and Kathleen D.
Hallam, Esq. from Edward S. Adamkewicz, Armed
Services Board of Contract Appeals, ASBCA No. 37029,
Contract No. DLA100-80-C-2290, December 29, 2000 . . . . 236Opinion
By Administrative Judge Shackleford On
Remand From The Court Of Appeals For The Federal
Circuit, ASBCA No. 37029,December 29, 2000 . . . . . . . 238

Opinion, United States Claims Court, Case No.
90-3961C, Filed October 16, 1992 . . . . . . . . . . . . 246
Decision, Bank of America vs. United States
vs. Maurice Bianchi, Case No. 93-5059, 93-5060 April 29,
1994, . . . . . . . . . . . . . . . . . . . . . . 252

Order, Bank of America v. United States v. Maurice L.
Bianchi, Case No. 93-5059, -5060, (USCAFC)
October 6, 1994, . . . . . . . . . . . . . . . . . . . . 261
Order, Case No. 90-3961C, July 26, 1995 . . . . . . . . . . . 264

Judgment, Case No. 90-3961C, (USFC), July 28, 1995 . . . . . . 266

Corrected Judgment, Case No. 90-3961C, (USFC), Aug. 22, 1995 . 267
Armed Services Board of Contract Appeals,
Opinion By Administrative Judge Burg,
ASBCA Nos. 26362, 26353, 26364, 26365, 26366, 26505,
26506, 26513, 26642, 29932, 29933, 29534,
Sept. 20, 1990 . . . . . . . . . . . . . . . . . . . . . 269
Complaint in the Nature of Mandamus, (with attached exhibits)
Case No. CV-S-94-00686-HDM (RJJ), (D. Nev.),
August 4, 1994 . . . . . . . . . . . . . . . . . . . . . 279Opinion,
Maurice Bianchi v. William J. Perry, (9th Circuit),
Case No. 96-15869, April 9, 1998 . . . . . . . . . . . . . 298Order,
Bianchi v. Perry, Case No. 96-15869 (9th Cir.) May 24, 1999 . . . . . . .
. . . . . . . . . . . . . . . . . . . 304

Complaint in the Nature of Mandamus, (with attached exhibits)
Case No. CV-S-94-00747-LDG (RJJ), (D. Nev.),
August 31, 1994 . . . . . . . . . . . . . . . . . . . . . . 308

Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for the Production of Documents, Case No. 04-440C, (USCFC), July 30, 2004 . . . 353

Verification, Bianchi v. United States, Case No. 04-440C . . . 398

Government Wire Transfer Funds Documentation, Dec. 23, 1999. . 399

E-mail to Lih-Yih Su from Kathleen Hallam, June 20, 2002 . . . . . . . . . . . . . . . . . . . . . . 401

E-mail to Sally DiDonato and Kathleen Hallam from Margaret Springer, May 28, 2002 . . . . . . . . . . . . . 403

E-mail to Kathleen Hallam from Lih-Yih Su, June 27, 2002 . . . . . . . . . . . . . . . . . . . . . . 405

Notarized Assignment of Claims Under Government Contract February 22, 1980 . . . . . . . . . . . . . . . . . . . . 406

Certificate of Service for Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests For the Production of Documents . . . . . . . . . . . . . 408

Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories and Requests For the Production of Documents . . . . . . . . . . . . . 409

Verification (Sarah DiDonato) of Answers to Interrogatories 1 – 23, September 2, 2004 . . . . . . . . . . . . . . . . 444

Letter to David Cohen, Esq. and Mark Melnick, Esq. (US Dept of Justice) from Dennis Olson, Esq. October 15, 1999 . . . . . . . . . . . . . . . . . . . . 445

Letter to Judgment Fund Group, Dept. of Treasury from David Cohen, Esq., (with enclosures) October 27, 1999 . . . . . . . . . . . . . . . . . . . . 447

Order, Bianchi v. Bousher, (D. Nev.) Case No. CV-S-94-747-LDG (RJJ), September 17, 1996 . . . . . . . . . 457

Judgment, Bianchi v. Bousher, (D. Nev.) Case No. CV-S-94-747-LDG (RJJ), September 17, 1996 . . . . . . . . . 459

Letter to Judgment Fund Group, Dept. of Treasury (with enclosures), October 28, 1999 . . . . . . . . . . . 460

Armed Services Board of Contract Appeals, M. Bianchi of California, ASBCA No. 35518, Contract No. DLA100-80-C-2972, February 10, 1993 . . . . . . . . . . . . 469

Letter to Gary R. Goodheart from William K. Suter, Clerk Supreme Court of the United States, Office of Clerk October 4, 1999 . . . . . . . . . . . . . . . . . . . . . . . 472

Letter to Judgment Fund Group, Dept. of Treasury
from Dennis Olson, Esq., (with enclosures)
November 3, 1999 . . . . . . . . . . . . . . . . . . . . 447

Decision, (9th Circuit), Bianchi v. Walker,
Case No. 97-17024, December 11, 1998 . . . . . . . . . . 493

Decision, (US Court Appeals, Fed. Cir.)
Bank of America vs. Bianchi, June 23, 1994 . . . . . . . 500

Order, Bank of America v. Bianchi, Case No. 90-3961C
August 14, 1995 . . . . . . . . . . . . . . . . . . . . . 508

Certificate of Settlement Office of General Counsel
Claim No. Z-181-122, October 25, 1995 . . . . . . . . . . 510

Certificate of Service, Defendant's Supplemental Responses
To Plaintiff's First Set of Interrogatories and Requests
For Production of Documents, Sept. 3, 2004 . . . . . . . 511

US Code Title 28, Chapter 91, Section 1494 . . . . . . . . . 512
US Code Title 28, Chapter 91, Section 1500 . . . . . . . . . 513

US Code Title 28, Chapter 91, Section 2401 . . . . . . . . . 514

**Certificate of Filing** I hereby certify that on

__________, 2004, a copy of theforegoing Appendix To Joint Stipulations Of Fact was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.