**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MAURICE L. BIANCHI,<br>fdba M. BIANCHI,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-440C<br><br>(Judge Horn) |

**<u>JOINT STIPULATIONS OF FACT</u>**

R. VAUGHN GOURLEY
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, NV 89130
Telephone:(702) 656-2355
Facsimile: (702) 656-2776

SCOTT MICHAEL CANTOR
Graziadei & Cantor, LTD.
302 East Carson Street
Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 477-7733
Facsimile: (702) 477-0020

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

__________, 2004

**TABLE OF CONTENTS**

PAGE

JOINT STIPULATIONS OF FACT . . . . . . . . . . . . . . 1

PLAINTIFF'S SEPARATE STATEMENTS OF FACT . . . . . . . . 4

DEFENDANT'S SEPARATE STATEMENTS OF FACT . . . . . . . . 16