R. VAUGHN GOURLEY, ESQ.
Nevada Bar No. 503
STEPHENS, GOURLEY & BYWATER
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355
Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MAURICE L. BIANCHI, fdba )
M. BIANCHI OF CALIFORNIA, )
)
Plaintiff, )
) No. 04-440C
vs. )
) (Judge Horn)
THE UNITED STATES OF AMERICA, )
) Electronically Filed November 15, 2004
Defendant, )
)

**AFFIDAVIT OF R. VAUGHN GOURLEY, ESQ. IN SUPPORT OF THE FILING OF THE PLAINTIFF'S PORTION OF THE APPENDIX TO THE JOINT STIPULATIONS OF FACT**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

R. VAUGHN GOURLEY, ESQ., being first duly sworn deposes and says:

1. That I am an attorney duly licensed to practice before the United States Court of Federal Claims; that I am an attorney with the law firm of Stephens, Gourley & Bywater, counsel for Plaintiff Maurice L. Bianchi, and that I am familiar with all facts stated in this Affidavit, and that I am competent to testify to those facts of my own knowledge, except as to any matters stated herein upon information and belief and, as to such matters, I believe them to be true.

2. Attached to this Affidavit is the Plaintiff's Portion of the Appendix to the Joint Stipulations of Fact in PDF format.

Furthermore your Affiant sayeth naught.

DATED this 15th day of November, 2004.

__s/R. Vaughn Gourley__________
R. VAUGHN GOURLEY, ESQ.

SUBSCRIBED and SWORN to before
me this 15th day of November, 2004.

___s/Paula Marie Timmons______
Notary Public in and for said
County and State