# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA** | |
| **Plaintiff,** | **No. 04-440C** |
| **v.** | **Filed: November 17, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## ORDER

A status conference in this case was held on November 16, 2004. At that status conference, the attorneys for both parties indicated that the joint stipulations of fact filed on November 12, 2004 were incomplete. Therefore, the court **ORDERS** the parties to file a complete joint stipulations of fact on or before **Wednesday, December 8, 2004**. Because of the voluminous nature of the appendix to the November 12 joint stipulations of fact, if the parties do not anticipate that the documents in the appendix will change, the parties need not file a new appendix to the completed joint stipulations of fact.

At the status conference, the attorneys for both parties also indicated that no material facts in this case are in dispute and, therefore, this case is appropriate for summary judgment. Therefore, the court **ORDERS** the plaintiff to file its motion for summary judgment on or before **Wednesday, February 2, 2005**. The court further **ORDERS** the defendant to file its response to plaintiff's motion, along with any cross motions or other dispositive motions, on or before **Wednesday, March 9, 2005**. The plaintiff shall file its replies to defendant's response and any of defendant's motions on or before **Friday April 15, 2005**. The defendant shall file its final reply on or before **Monday, May 2, 2004**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**