# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: August 5, 2005**

## O R D E R

This order memorializes the discussions held earlier with the parties. As discussed, on or before **Wednesday, August 10, 2005**, the parties shall file, simultaneously, supplemental briefs addressing a previously unaddressed issue regarding the jurisdiction of this court over the complaint in the above captioned case, and whether the complaint essentially calls for the enforcement in this court of Board of Contract Appeals decisions.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**