SOLICITATION, OFFER AND AWARD

3. CERTIFIED FOR NATIONAL DEFENSE UNDER ... DO-C9 | 4. PAGE 1 | OF 40

1. CONTRACT (Proc. Inst. Ident.) NO. DLA 100-80-C-2972

2. SOLICITATION NO. DLA 100-80-B-0411 [X] ADVERTISED (IFB) [ ] NEGOTIATED (RFP)

5. DATE ISSUED 24 JAN 80

6. REQUISITION/PURCHASE REQUEST NO. ART-79249-00-2989

7. ISSUED BY CODE SPO100
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19101
Buyer/Symbol: CAROL RASMUSSEN DPSC-TP CB
Phone Area Code: 215-952- 2451

8. ADDRESS OFFER TO (If other than block 7)
DEFENSE PERSONNEL SUPPORT CENTER
ATTN: DPSC-TPP
Bldg. 12-2-F
2800 S. 20th Street
Philadelphia, Pa. 19101
For Electronic Transmissions: TWX 710 670 1643 Telex 83 1434

In advertised procurement "offer" and "offeror" shall be construed to mean "bid" and "bidder".

NOTE: Adding "POST OFFICE BOX 7580" to the address in block 8 will facilitate the handling of the mail.

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in block 8, or if handcarried, in the depository located in NEAR RECEPTIONST'S DESK, 2nd Floor, Bldg 12 until 2:00 P.M. (Hour) local time 13 FEB 80 (Date)

If this is an advertised solicitation offers will be publicly opened at that time.
*CAUTION — LATE OFFERS: See pars. 7 and 8 of Solicitation Instructions and Conditions.*
All offers are subject to the following:

1. The Solicitation Instructions and Conditions, SF 33-A, Mar 1969 edition which is attached or incorporated herein by reference.
2. The General Provisions, SF 32, Apr 1975 edition, which is attached or incorporated herein by reference.
3. The Schedule included herein and/or attached hereto.
4. Such other provisions, representations, certifications, and specifications as are attached or incorporated herein by reference.
*(Attachments are listed in schedule.)*

FOR INFORMATION CALL (Name & telephone no.) (No collect calls) ▶ See Block 7

## TABLE OF CONTENTS


| (X) | SEC | | PAGE | (X) | SEC | | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I — GENERAL INSTRUCTIONS | | | | PART II — THE SCHEDULE (Cont'd) | |
| X | A | Cover Sheet | 1 | X | H | Deliveries or Performance | 25-34 |
| X | B | Contract Form & Representations, Certifications & Other Statements of Offeror | 2-7 | X | I | Inspection & Acceptance | 35-36 |
| X | C | Instructions & Conditions, & Notices to Offerors | 8-13 | X | J | Special Provisions | 36 |
| X | D | Evaluation Factors for Award | 14-15 | | K | Contract Administration Data | — |
| | | PART II — THE SCHEDULE | | | | PART III — GENERAL PROVISIONS | |
| X | E | Supplies/Services & Prices | 16-18 | X | L | General Provisions | 37-39 |
| X | F | Description/Specifications | 19-23 | | | PART IV — LIST OF DOCUMENTS AND ATTACHMENTS | |
| X | G | Packaging & Marking | 24-25 | X | M | List of Documents, Exhibits, & Other Attachments | 39-40 |


## OFFER (pages 2 and 3 must also be fully completed by offeror)

In compliance with the above, the undersigned agrees, if this offer is accepted within 45 calendar days ~~(60 calendar days unless a different period is inserted by the offeror)~~ from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule. SEE CLAUSE C70, PAGE 8

16. DISCOUNT FOR PROMPT PAYMENT (See par. 9, SF 33-A)
2 % 10 CALENDAR DAYS | 2 % 20 CALENDAR DAYS | ~~6~~ % 30 CALENDAR DAYS | ___ % ___ CALENDAR DAYS

17. OFFEROR CODE 15506 FACILITY CODE

NAME AND ADDRESS (Street, city, county, State and ZIP code)
M.Bianchi of California
111 West Dyer Rd. 10-E
Santa Ana, Calif. 92707

AREA CODE AND TELEPHONE NO ▶ 714 557-1544

[ ] Check if remittance address is different from above — enter such address in Schedule

18. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Maurice L. Bianchi
Owner

19. SIGNATURE Maurice L. Bianchi

20. OFFER DATE 2-8-80

## AWARD (To be completed by Government)

21. ACCEPTED AS TO ITEMS NUMBERED

22. AMOUNT

23. ACCOUNTING AND APPROPRIATION DATA

24. SUBMIT INVOICES (4 copies unless otherwise specified) TO ADDRESS SHOWN IN BLOCK ______

25. NEGOTIATED PURSUANT TO [ ] 10 U.S.C. 2304(a)( ) [ ] 41 U.S.C. 252(c)( )

26. ADMINISTERED BY (If other than block 7) CODE

27. PAYMENT WILL BE MADE BY CODE

PEP004222

28. NAME OF CONTRACTING OFFICER (Type or print)

29. UNITED STATES OF AMERICA
BY
(Signature of contracting officer)

30. AWARD DATE

Award will be made on this form, or on Standard Form 26, or by other authorized official written notice.

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

CONTINUATION SHEET

REF. NO. OF DOC. BEING CONT'D: DLA100-80-B-0411

PAGE: 36

NAME OF OFFEROR OR CONTRACTOR

M.BIANCHI OF CALIFORNIA

SECTION I & J

INCORPORATION BY REFERENCE OF DAR CLAUSES

| | NO. | DAR PARA | TITLE | DATE |
|---|---|---|---|---|
| ☒ | I01 | 7-104.62 | Material Inspection and Receiving Report | 1969 DEC |
| ☒ | I03 | 7-104.33 | Inspection System | 1967 AUG |
| ☐ | I04 | 7-104.28 | Quality Program | 1967 AUG |
| ☒ | I25A | 7-103.5(d) | Inspection | 1977 SEP |
| ☒ | I27 | 7-103.24 | Responsibility for Inspection | 1968 SEP |
| ☐ | I37 | 7-104.51 | Production Progress Reports | 1971 APR |
| ☐ | J04 | 7-104.27(c) | Option to Extend the Term of the Contract | 1961 JAN |
| ☐ | J05 | 7-104.37 | Required Source for Jewel Bearings and Related Items | 1977 NOV |
| ☐ | J06 | 7-104.38 | Required Sources for Miniature and Instrument Ball Bearings | 1971 JUL |
| ☐ | J10 | 7-104.88 | Advertising and Coupon Redemption for Military Resale Activities | 1974 APR |
| ☐ | J11 | 7-104.7 | Contract Schedule Sub-line Items Not Separately Priced - Withholding of Billing and Payment | 1970 NOV |

SECTION I

INCORPORATION BY REFERENCE OF MASTER SOLICITATION CLAUSES

☒ I02 Shipment, Prior Authorization (DPSC 1969 MAY) Date of clause appearing in DPSC Master Solicitation is corrected as shown above.

☒ I15 Government Laboratory Testing of Components and End Items for Acceptance Purposes (DPSC 1973 JUN)

☐ I19 Shade Evaluation of Contractor Furnished Components (DPSC 1976 JUL)

☒ J09 Value Engineering Incentive (DPSC 1978 JAN)

☒ J30 Removal of Government Identification from Non-Accepted Supplies (DPSC 1978 APR)

☒ K03 Manufacturing Directive Numbers (DPSC 1969 MAY)

a. Manufacturing Directive Number ________ has been assigned to identify this award for Government-furnished property transactions. Appropriate cross-reference between this number and contract numbers should be maintained to identify GFP Shipments. Requests for GFP should always cite the Manufacturing Directive Number.

CLAUSES SET FORTH IN FULL

☒ Clause I13, Place of Government Procurement Quality Assurance and Place of Acceptance (DPSC 1972 MAR) appearing in DPSC Master Solicitation, DPSC 3540, NOV 78, is deleted in its entirety.

☒ I12 CERTIFICATE OF CONFORMANCE (DLA 1978 APR) appearing in DPSC Master Solicitation, DPSC Form 3540, is deleted in its entirety and the following substituted.

I12 CERTIFICATE OF CONFORMANCE (1979 MAR DAR 7-104.100)

Unless required otherwise in the contract or by the Contract Administration Office, the Contractor is required to deliver the supplies to be furnished hereunder with a "Certificate of Conformance". In no case shall the Government's right to inspect supplies under the inspection provisions of this contract be prejudiced. The Contractor signed certificate shall be attached to or included on the top copy of the DD 250 or 1155 copies distributed to the payment office. When acceptance is at destination, a copy of the signed certificate shall also be attached to or entered on copies of the DD 250, DD 1155, or other appropriate documents accompanying the shipment. This certificate shall read as follows:

"I hereby certify that on ________ (date) the ________________ (contractor's name) provided the supplies called for by Contract No. DLA ________________ via ________________ (carrier) on ________________________ (Bill of Lading or Shipping Document) in accordance with all applicable requirements for shipment. I further certify that the supplies are of the quality specified and are in all respect in conformance with the contract requirements, including specifications and/or drawings, preservation, packaging, packing and marking requirements: physical item identification (part number), and in the quantity shown on this, or the attached acceptance document."

Date of Execution: ________________________

Signature: ________________________

Title: ________________________

☐ b. When Section 3 of the fabric specification contains a specific requirement for uniformity of shade and when the standard sample is referenced for uniformity of shade, the swatches submitted in accordance with "a" above will be evaluated for uniformity of shade as well.

☐ c. The contractor's letter transmitting the swatches to Chief, Laboratory Branch, Technical Operations Division, Directorate of C& T, DPSC, shall indicate "FOR GOVERNMENT SHADE APPROVAL" and contain the following information:

1. Name of Prime Contractor
2. Contract Number
3. Nomenclature
4. Government inspection lot number
5. Number of swatches being submitted
6. QAR's name
7. Name and address of the QAR's base plant
8. Piece number of standard sample cited in contract.

☐ d. If any of the swatches are rejected by the Government Laboratory for shade, those pieces* from which the rejected swatches were cut will be removed from the lot. Each piece acceptable for shade from which a shade swatch has been removed shall be cut by the contractor from selvage to selvage so that there will be no evidence of the shade swatch cut-out. The portion removed shall not be included in the gross yardage indicated on the piece ticket.

☐ e. If the contractor reworks and resubmits pieces* originally rejected for shade or finish, he shall not combine the rejected pieces* with normal production or with lots rejected for other causes. Such pieces* will be combined to form one resubmitted lot. Each piece* will retain its original piece number, suffixed with an "X." The lot number will also be suffixed with an "X."

**When the second block "a" above (CASE SWATCHING) is checked, the word "case(s)" is substituted for the word "piece(s)" in paragraphs "c" and "d" above.*

**I19 SHADE EVALUATION OF CONTRACTOR FURNISHED COMPONENTS** *(DPSC 1976 Jul)*

Contracts awarded under this Solicitation will be subjected to the following shade evaluation procedure for contractor-furnished components:

a. For yard goods, a 4" x 12" shade swatch *(for narrow loom material such as tapes, webbing, ribbons, streamers, etc., swatches will consist of material full width and 12" in length)* will be cut by the contractor from those pieces or rolls selected by the Government, in accordance with the following table:

| LOT SIZE | NO. OF PIECES TO BE SAMPLED |
|---|---|
| 1 to 8 pieces | Each piece |
| 9 to 25 pieces | 8 pieces |
| 26 to 90 pieces | 20 pieces |
| 91 to 160 pieces | 32 pieces |
| over 160 pieces | 1 of 5 pieces |

b. The swatches will be evaluated for shade by the Government Laboratory. Should any of the swatches be rejected, end items made from the lot of components represented by the submittal will be rejected. In addition, contractor will cut shade swatches as above from each of the other pieces in the lot of components, not previously sampled, without cost to the Government. Each swatch will be submitted to the Government for shade evaluation.

c. When Section 3 of the fabric specification contains a specific requirement for uniformity of shade and when the standard sample is referenced for uniformity of shade, the swatches submitted in accordance with a. and b. above will be evaluated for uniformity of shade as well.

## SECTION J

**309 VALUE ENGINEERING INCENTIVE** *(DPSC 1978 Jan)*

(a) Application. This clause applies to a Contractor developed and documented Value Engineering Change Proposal (VECP) which:

(i) requires a change to this contract to implement the VECP, and

(ii) reduces the overall costs to the cognizant Military Department without impairing essential functions or characteristics, provided that it is not based

(A) solely on a change in deliverable end item quantities, or

(B) a change in R&D end item or test quantities due solely to results of previous testing under this contract, or

(C) solely on a change to the contract type.

(b) Documentation. As a minimum, the following information shall be submitted by the Contractor with each VECP:

(i) a description of the difference between the existing contract requirement and the proposed change, and the comparative [illegible] and disadvantages of each, justification when a function or [illegible] istic of an item is being altered, and the effect of the change [illegible] performance of the end item;

(ii) an analysis and itemization of the requirements [illegible] tract which must be changed if the VECP is accepted and [illegible] mendation as to how to make each change *(e.g., a suggested [illegible] tion revision)*;

(iii) a separate detailed cost estimate for both the exist[illegible] tract requirement and the proposed change to provide an [illegible] the reduction in costs, if any, that will result from acceptance [illegible] VECP, taking into account the costs of development and [illegible] tion by the Contractor *(including any amount attributable [illegible] contracts in accordance with paragraph (h) below)*;

(iv) a prediction of any effects the proposed change [illegible] on collateral costs to the Military Department such as Gov[illegible] furnished property costs, costs of related items, and costs [illegible] ance and operation.

(v) a statement of the time by which a contract mo[illegible] accepting the VECP must be issued so as to obtain the m[illegible] reduction, noting any effect on the contract completion [illegible] very schedule, and

(vi) identification of any previous submission of the [illegible] cluding the dates submitted, the agencies involved, the num[illegible] Government contracts involved, and the previous actions by [illegible] ernment, if known.

(c) Submission. VECPs shall be submitted to the Pro[illegible] Contracting Officer (PCO). When the contract is administered [illegible] than the purchasing office, a copy of the VECP shall be su[illegible] simultaneously to the Administrative Contracting Officer [illegible] VECPs shall be processed expeditiously, however, the Gov[illegible] shall not be liable for any delay in acting upon any VECP [illegible] pursuant to this clause. The Contractor has the right to [illegible] whole or in part, any VECP not accepted by the Governm[illegible] the period specified in the VECP.

(d) Acceptance. The Contracting Officer may accept, [illegible] in part, by contract modification either before or within a [illegible] time after performance has been completed under this con[illegible] VECP submitted pursuant to this clause. Until a contract [illegible] applies a VECP to this contract, the Contractor shall remain [illegible] to perform in accordance with the terms of the existing co[illegible] Contract modifications made pursuant to this clause will s[illegible] The decision of the Contracting Officer as to the acceptance [illegible] VECP under this contract *(including the decision as to wh[illegible] is applicable to the proposal if this contract contains both [illegible] Engineering Incentive" and a "Value Engineering Program R[illegible] clause)* shall be final and shall not be subject to the "Disput[illegible] of this contract.

(e) Sharing. If a VECP submitted by the Contractor [illegible] this clause is accepted, the Contractor shall share in saving[illegible] by the Government in accordance with the following provi[illegible]

(1) *Instant Contract.*

(i) Definitions

(A) Instant contract savings to the Contract[illegible] the unit cost reduction times the number of units affected [illegible] contract. The proposed unit cost reduction includes estim[illegible] able Contractor development and implementation costs (C[illegible] The Contractor's development and implementation costs include [illegible] contractor development and implementation costs and sub[illegible] incentive payments *(see (h) below)*. For purposes of this [illegible] Contractor development costs are those costs incurred after the Contractor has identified a specific VE project and prior to ac[illegible] the Government.

(B) Government Costs (GC) are those DOD [illegible] directly result from development and implementation of the [illegible] such as test and evaluation of the VECP, and any increased [illegible] DoD operations, maintenance, and logistics support.

(ii) Calculations and Actions.

(A) Calculate GC and ICS.

(B) If ICS exceeds GC, Calculate 50% *(Gov[illegible]* of the sum of ICS and GC, i.e., .5 (ICS=GC)), unless this is a VE Program Requirement Change (VEPRC), in which case calculate [illegible] .25 GC). In either case, subtract the result from the cont[illegible]

(C) If GC exceeds ICS, but acceptance of the [illegible] still desirable due to concurrent or future savings, reduce the [illegible] contract price by the amount of ICS and offset the amount [illegible] GC exceeds ICS against concurrent or future savings.

(D) If the Contractor's cost of developing and [illegible] ing the VECP would result in an increase in the instant c[illegible] but the VECP is still desirable due to concurrent or future [illegible] equitably adjust the instant contract price in accordance w[illegible] "Changes" clause. In addition, offset the increase in the [illegible] tract price and any GC against concurrent or future contr[illegible]

(E) See (c) (3) (ii) for those ...ions to be taken when a ...ure contract is expected.

(2) *Concurrent Contracts.*

(i) If the VECP accepted under this contract is also used on concurrent contracts of the purchasing office for essentially the same items, the Contractor shall be paid a share of any savings as calculated in (ii) below.

(ii) Calculations

(A) Determine the reduction in the price of each concurrent contract(s) as a result of incorporating the VECP.

(B) Subtract from the total amount in (A) any Government costs (GC) not yet offset *(if GC was greater than ICS)* in (c) (1) (ii) (C) or (D) above, and any increase in the instant contract price, i.e., if ICS was negative in (c) (1) (ii) (D), if the resulting number is positive, multiply it by 50% *(25% if this is a VEPRC)*. Add this amount to the instant contract price.

(3) *Future Contracts.*

(i) Definition. The term unit cost reduction for future contract sharing shall be the unit cost reduction under this instant contract without deducting any cost of development or impletion.

(ii) If the VECP accepted under this contract is used on future purchases of essentially the same item by the purchasing office, or its successor, the Contractor shall share in the savings on all affected end items scheduled for delivery not later than 3 years after acceptance of the first item incorporating the VECP, or until the originally scheduled delivery date of the last affected end item under the instant contract, whichever is later. When sharing on future contracts is expected, the Contractor shall be responsible for the following:

(A) Maintaining records adequate to support identification of the first delivered unit to which the VECP applies. These records are considered an integral part of contract documentation and shall be maintained for a period of three years after final payment on the contract under which the VECP was accepted.

(B) Annotating the DD-250, Material Inspection and Receiving Report, which applies to the initial unit covered by the VECP with the following statement:

"This is the initial unit delivered which incorporates VECP NO. ______________, Contract Modification No. ______________, dated ______________."

(iii) Calculations. At the time each eligible future contract is awarded:

(A) Determine the number of units scheduled to be delivered prior to expiration of the Contractor sharing period determined in (ii) above. Multiply this by the unit cost reduction as defined in (c) (3) (i).

(B) Subtract from the total amount in (A) any Government costs or instant contract increases not yet offset in (c) (1) (ii) (C) or (D), or in (c) (2) (ii) (B), or in other contracts awarded since acceptance of the VECP. If the resulting number is positive multiply it by 50% *(25% if this is a VEPRC)* and add the result to the instant contract price.

(f) **Payment.** The Contractor's concurrent and future contract shares should be paid upon modification of concurrent contracts or future contract award, or within six (6) months thereafter. However, any such payments are subject to the condition that to the extent the Government does not receive delivery of and accept all items on which the share is paid, the Contractor shall reimburse the Government the proportionate share of the payments. If this clause is modified to provide for lump sum payments, such payments shall be made upon modification of the instant contract.

(g) **Operation and Maintenance Contracts.** If this is a contract for overhaul or maintenance *(including repair, alteration, modification or modernization)*, the Contractor will be paid a share of future contract savings realized by the Government only on overhaul and maintenance of the designated items accomplished by purchase, under contract, by the designated purchasing office. Only collateral savings will be paid on application of accepted VECPs to overhaul and maintenance of items within Government resources.

(h) **Subcontracts.** The Contractor shall include appropriate VE arrangements in any subcontract of $100,000 or greater, and may include such arrangements in contracts of lesser value. To compute any adjustment in the contract price under paragraph (e) (1) above, the Contractor's cost of development and implementation of a VECP which is accepted under this contract shall include any development and implementation costs of a subcontractor and any VE incentive payments to a subcontractor, which clearly pertain to such VECP. However, no such payment or accrual to a subcontractor will be permitted, either as a part of the contractor's development or implementation costs or otherwise, to reduce the Government's share on collateral savings or additional purchases as designated by paragraphs (e) (2), (3) or (4) of this clause.

(i) **Data.** The Contractor may restrict the Government's right to use any aspect of a VECP or of the supporting data, submitted pursuant to this clause, in accordance with the terms of following legend if it is marked on such sheet:

"This data furnished pursuant to the Value Engineering clause of contract ______________ shall not be disclosed outside the Government, or duplicated, used or discussed, in whole or in part, for any purpose other than to evaluate a VECP submitted under said clause. This restriction does not limit the Government's right to use information contained in this data if it is or has been obtained, or is otherwise available from the Contractor or from another source, without limitations."

In the event of acceptance of a VECP, the Contractor hereby grants to the Government unlimited rights, as defined in the clause of ASPR 7-104.9(a), in the VECP and supporting data, except that, with respect to data which qualifies as and is submitted as limited rights technical data in accordance with the Clause of ASPR 7-104.9(a), the Government shall have the right specified in the contract modification referred to in paragraph (d) hereof and the data shall be appropriately marked.

(j) Miscellaneous Provisions.

(1) For purposes of sharing under paragraph (e) (1) above, the term "instant contract" shall not include any modifications of the instant contract, executed after acceptance of the particular VECP, by which the Government increases the quantity of any item or ... any item, nor shall it include any extension of the instant contract through exercise of an option provided under this contract after acceptance of the VECP. Such modifications and extensions shall be considered "future contracts" within the provisions of paragraph (e) (3) of this clause.

(2) If this is an indefinite delivery type contract, the term "instant contract" for purposes of sharing under paragraph (e)(1) above shall include only those orders actually placed by the Government up to the time the particular VECP is accepted. All orders placed subsequent to the acceptance of the particular VECP shall be considered "future contracts" within the provisions of paragraph (e) (3) of this clause.

(3) If this clause is included in a basic ordering agreement the term "instant contract," for purposes of sharing under paragraph (e) (1) above, shall be the order under which the particular VECP is approved. Other orders under the same agreement shall be considered either "concurrent contracts" (if awarded prior to acceptance of the VECP) or "future contracts" (if awarded after acceptance of the VECP), within the provisions of paragraph (e)(2) or (e)(3) of this clause, respectively.

(4) If this clause is included in a multi-year contract, the term "instant contract" for the purpose of sharing under paragraph (e) (1) above, shall be the funded contract at the time the VECP is approved, and items purchased under subsequent funding under this contract shall be treated under the future contract VE sharing provisions of paragraph (e)(3) of this clause. The sharing period shall be the entire life of the multi-year contract, or three (3) years after delivery of the first item incorporating the VECP, whichever is longer.

(5) If this clause is included in a fixed-price contract providing for prospective price redetermination, the term "instant contract" for purposes of sharing under paragraph (e)(1) above shall be that period for which firm prices have been established. The remaining periods under this contract shall be treated under the future contract VE sharing provisions in paragraph (e)(3) of this clause.

(6) The Contracting Officer may require the Contractor to provide written notification prior to undertaking significant expenditures for VECP effort.

(k) Relation to Other Incentives. Those benefits of an approved VECP which are not rewardable under performance, design to cost (production unit cost, operating and support (O&S) costs, reliability and maintainability (R&M) or similar incentives of the contract shall be rewarded under subparagraph (e) of this clause. The targets of such incentives affected by the VECP shall not be adjusted because of the acceptance of the VECP. If the contract does not provide such incentives to better specified targets, the VE sharing shall apply only to the amount of achievement better than target.

## J30 REMOVAL OF GOVERNMENT IDENTIFICATION FROM NON-ACCEPTED SUPPLIES *(DPSC 1978 Apr)*

The Contractor will, before any donation or before any sale or disposal in commercial channels of (i) any supplies rejected by the contractor during production, or (ii) supplies rejected by the Government, or (iii) supplies produced but not offered to the Government, or (iv) supplies returned to the contractor under the provisions of the warranty or inspection clause of the contract, remove or obliterate from the end item and its packing and packaging, any marking symbol, or other representation that the end item or any part of it has been produced or manufactured for the United States Government. This obligation shall include, but is not limited to, the obligation to remove or to obliterate any Government contract number, any National Stock Number and any reference to the specification under which the item was produced or manufactured for the Government. The Contractor...

(c) The requirement for inclusion of the above clauses in contracts with foreign governments or agencies thereof may be waived in exceptional cases by the Head of a Procuring Activity, stating in writing his reasons for such determination.

**7-104.43** *Reserved.*

**7-104.44** *Value Engineering* (*VE*).

(a) Value Engineering Incentive Clause.

(1) In accordance with 1-1702.1 and 1-1707, insert the following clause in firm fixed-price contracts, fixed-price contracts with economic price adjustment or fixed-price contracts providing for prospective price redetermination:

**VALUE ENGINEERING INCENTIVE (1977 AUG)**

(a) *Application.* This clause applies to a contractor developed and documented Value Engineering Change Proposal (VECP) which:

(i) requires a change to this contract to implement the VECP, and

(ii) reduces the overall costs to the cognizant Military Department without impairing essential functions or characteristics, provided that it is not based:

(A) solely on a change in deliverable end item quantities; or

(B) a change in R&D end item or test quantities due solely to results of previous testing under this contract; or

(C) solely on a change to the contract type.

(b) *Documentation.* As a minimum, the following information shall be submitted by the Contractor with each VECP:

(i) a description of the difference between the existing contract requirement and the proposed change, and the comparative advantages and disadvantages of each, justification when a function or characteristic of an item is being altered, and the effect of the change on the performance of the end item;

(ii) an analysis and itemization of the requirements of the contract which must be changed if the VECP is accepted and a recommendation as to how to make each such change (*e.g.*, a suggested specification revision);

(iii) a separate detailed cost estimate for both the existing contract requirement and the proposed change to provide an estimate of the reduction in costs, if any, that will result from acceptance of the VECP, taking into account the costs of development and implementation by the Contractor (including any amount attributable to subcontracts in accordance with paragraph (h) below);

(iv) a prediction of any effects the proposed change would have on collateral costs to the Military Department such as Government-furnished property costs, costs of related items, and costs of maintenance and operation;

(v) a statement of the time by which a contract modification accepting the VECP must be issued so as to obtain the maximum cost reduction, noting any effect on the contract completion time or delivery schedule; and

(vi) identification of any previous submission of the VECP, including the dates submitted, the agencies involved, the numbers of the Government contracts involved, and the previous actions by the Government, if known.

(c) *Submission.* VECPs shall be submitted to the Procuring Contracting Officer(PCO). When the contract is administered by other than the purchasing office, a copy of the VECP shall be submitted simultaneously to the Administrative Contracting Officer (ACO). VECPs shall be processed expeditiously; however, the Government shall not be liable for any delay in acting upon any VECP submitted pursuant to this clause. If the evaluation period is likely to exceed forty-five (45) calendar days, the PCO shall promptly notify the Contractor of the estimated decision date and provide the reasons for the additional time required. The Contractor has the right to withdraw, in whole or in part, any VECP not accepted by the Government within the period specified in the VECP.

(d) *Acceptance.* The Conracting Officer may accept, in whole or in part, by contract modification either before or within a reasonable time after performance has been completed under this contract, any VECP submitted pursuant to this clause. Until a contract modification applies a VECP to this contract, the Contractor shall remain obligated to perform in accordance with the

(i) *Data.* The Contractor may restrict the Government's right to use any sheet of a VECP or of the supporting data, submitted pursuant to this clause, in accordance with the terms of following legend if it is marked on such sheet:

> "This data furnished pursuant to the Value Engineering clause of contract ............. shall not be disclosed outside the Government, or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a VECP submitted under said clause. This restriction does not limit the Government's right to use information contained in this data if it is or has been obtained, or is otherwise available, from the Contractor or from another source, without limitations."

In the event of acceptance of a VECP, the Contractor hereby grants to the Government unlimited rights, as defined in the clause of ASPR 7-104.9(a), in the VECP and supporting data, except that, with respect to data which qualifies as and is submitted as limited rights technical data in accordance with the clause of ASPR 7-104.9(a), the Government shall have the rights specified in the contract modification referred to in paragraph (d) hereof and the data shall be appropriately marked.

(j) *Miscellaneous Provisions.*

(1) For purposes of sharing under paragraph (e)(1) above, the term "instant contract" shall not include any modifications of the instant contract, executed after acceptance of the particular VECP, by which the Government increases the quantity of any item or adds any item, nor shall it include any extension of the instant contract through exercise of an option provided under this contract after acceptance of the VECP. Such modifications and extensions shall be considered "future contracts" within the provisions of paragraph (e)(3) of this clause.

(2) If this is an indefinite delivery type contract, the term "instant contract" for purposes of sharing under paragraph (e)(1) above shall include only those orders actually placed by the Government up to the time the particular VECP is accepted. All orders placed subsequent to the acceptance of the particular VECP shall be considered "future contracts" within the provisions of paragraph (e)(3) of this clause.

(3) If this clause is included in a basic ordering agreement, the term "instant contract", for purposes of sharing under paragraph (e)(1) above, shall be the order under which the particular VECP is approved. Other orders under the same agreement shall be considered either "concurrent contracts" (if awarded prior to acceptance of the VECP) or 'future contracts' (if awarded after acceptance of the VECP), within the provisions of paragraph (e)(2) or (e)(3) of this clause, respectively.

(4) If this clause is included in a multi-year contract, the term "instant contract" for the purpose of sharing under paragraph (e)(l) above, shall be the funded contract at the time the VECP is approved, and items purchased under subsequent funding under this contract shall be treated under the future contract VE sharing provisions in paragraph (e)(3) of this clause. The sharing period shall be the entire life of the multi-year contract, or three (3) years after delivery of the first item incorporating the VECP, whichever is longer.

(5) If this clause is included in a fixed price contract providing for prospective price redetermination, the term "instant contract" for purposes of sharing under paragraph (e)(1)) above shall be that period for which firm prices have been established. The remaining periods under this contract shall be treated under the future contract VE sharing provisions in paragraph (e)(3) of this clause.

(6) Those portions of an accepted VECP which are rewardable under other performance incentive provisions of this contract shall be rewarded under the provisions of this clause to the extent that they are not rewarded under the other performance incentive provisions.

(7) The Contracting Officer may require the Contractor to provide written notification prior to risking significant expenditures for VECP effort.

**(End of clause)**

(a)(2) In fixed-price incentive (firm target) contracts, substitute the following "Sharing" provision for paragraph (e) of the clause in (1) above:



PEP004165

(e) *Sharing*. If a VECP submitted by the Contractor pursuant to this clause and affecting any of the items described in paragraph (a) of the "Incentive Price Revision (Firm Target)" clause of this contract is accepted, the Contractor shall share in savings realized by the Government in accordance with the following provisions:

(1) Instant Contract.

(i) Definitions:

(A) Instant contract savings to the Contractor (ICS) is the unit cost reduction times the number of units affected in the instant contract. The proposed unit cost reduction includes estimated allowable Contractor development and implementation costs (CC). The Contractor's development and implementation costs include any subcontractor development and implementation costs and any subcontractor incentive payments (see (h) below). For purposes of this clause, Contractor development costs are those costs incurred after the Contractor has identified a specific VE project and prior to acceptance by the Government.

(B) Government Costs (GC) are those DoD which directly result from development and implementation of the VECP, such as test and evaluation of the VECP, and any increased costs in DoD operations, maintenance, and logistic support.

(ii) Calculations and Actions.

(A) If there is a reduction in costs, reduce the total target cost of items affected by the VECP by ICS. If there is an increase in cost, see (E) below.

(B) If ICS exceeds GC, add 35% (20% if this is a VE Program Requirement Change (VEPRC)) of the excess to total target profit relating to such items.

(C) If GC exceeds ICS, but acceptance of the VECP is still desirable due to concurrent or future savings, do not adjust total target profit relating to such items, and offset the amount by which GC exceeds ICS against concurrent or future contract savings.

(D) Subtract 65% (80% if this is a VEPRC) of ICS from the maximum dollar limit on the total final price of such items.

(E) If the Contractor cost of developing and implementing the VECP would result in an increase in the instant contract target cost, but the VECP is still desirable due to concurrent or future savings, equitably adjust the total target cost, total target profit and maximum dollar limit on the total final price of the items affected by the VECP in accordance with the "Changes" clause. Offset this increase and any GC against concurrent or future savings.

(F) See (e)(3)(ii) for those actions to be taken when a future contract is expected.

(2) Concurrent Contracts.

(i) If the VECP accepted under this contract is also used on concurrent contracts of the purchasing office for essentially the same items the Contractor shall be paid a share of any savings as calculated in (ii) below.

(ii) Calculations:

(A) Determine the reduction in the price of each concurrent contract(s) as a result of incorporating the VECP.

(B) Subtract from the total amount in (A) any government costs not yet offset (if GC was greater than ICS) in (e)(1)(ii)(C) or (E) above, and any increase in the instant contract price, *i.e.*, if ICS was negative in (e)(1)(ii)(E). If the resulting number is positive, multiply it by 35% (20% if VEPRC). Add this amount to the instant contract as a separate line item independent of the incentive sharing arrangement and without adjustment to any of the contract incentive paramenters.

(3) Future Contracts.

(i) *Definition*. The term unit cost reduction for future contract sharing shall be the unit cost reduction under this instant contract without deducting any cost of development or implementation.

(ii) If the VECP accepted under this contract is used on future purchases of essentially the same item by the purchasing office, or its successor, the Contractor shall share in the savings on all affected end items scheduled for delivery not later than 3 years after acceptance of the first item incorporating the VECP, or until the originally scheduled delivery date of the last affected end item under the instant contract,



PEP004166