Receipt #064919

ORIGINAL

FILED
DEC 27 2005
U.S. COURT OF FEDERAL CLAIMS

## Court of Federal Claims

Case Number 04-440 C

MAURICE L. BIANCHI, fdba )
M. BIANCHI OF CALIFORNIA, )
)
Plaintiff, )
)
v. )
)
UNITED STATES, )
)
)
Defendant. )
)

**NOTICE OF APPEAL**

Notice is hereby given that MAURICE L. BIANCHI, fdba M. BIANCHI of CALIFORNIA, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the opinion entered in this action October 31, 2005 and Order dismissing complaint entered in this action on November 1, 2005.

R. Vaughn Gourley, Esq.
Nevada Bar No. 503
Stephens, Gourley & Bywater
3636 North Rancho Drive
Las Vegas, Nevada 89130
(702) 656-2355

Scott Michael Cantor, Esq.
Nevada Bar No. 1713
Graziadei & Cantor, Ltd.
302 East Carson Avenue, Suite 400
Las Vegas, Nevada 89101
(702) 477-7733