# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

O6-5042 - BIANCHI V US

**Date of docketing:** 01/04/06

**Appeal from:** United States Court of Federal Claims case no. 04-CV-440

**Appellant(s):** MAURICE L. BIANCHI

**Critical dates include:**

Date of docketing. See Fed. Cir. R. 12.
Entry of appearance. See Fed. Cir. R. 47.3.
Certificate of interest. See Fed. Cir. R. 47.4.
Docketing Statement. (Due within 14 days of the date of docketing.) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

**Attachments:**

Official caption to all.
Docketing Statement. (Only in cases where all parties are represented by counsel.)
Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
Entry of appearance form to all.
Informal brief form to pro se parties.
Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: √ US Court of Federal Claims
Timothy P. McIlmail
R. Vaughn Gourley

# 06-5042

## In the United States Court of Federal Claims
## Appeal Information Sheet

**Judge Marian Blank Horn**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JAN 4 2006
JAN HORBALY
CLERK

**Type of Case**: 118 Contract - Other

MAURICE L. BIANCHI,
*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

**Cross or Related Appeal**: No.

**CFC Number**: 04-440 C.

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: November 1, 2005.

**Date of Appeal**: December 27, 2005.

(56 days) OK.

US COURT OF APPEALS
FEDERAL CIRCUIT
2005 DEC 29 AM 11:07
RECEIVED

**Fee**: $255.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-5042

MAURICE L. BIANCHI,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-440, Judge Marian Blank Horn.

Authorized Abbreviated Caption[2]

BIANCHI v US, 06-5042

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.