# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-440C**
**Filed: April 6, 2007**

**O R D E R**

The court is in receipt of the opinion of the United States Court of Appeals for the Federal Circuit, dated January 29, 2007, and the Federal Circuit's mandate, issued March 22, 2007. See Maurice L. Bianchi v. United States, 475 F.3d 1268 (Fed. Cir. 2007). The Federal Circuit affirmed-in-part, reversed-in-part, and remanded the case to the United States Court of Federal Claims, with instructions.

The Federal Circuit affirmed the lower court's ruling that plaintiff's Value Engineering Change Proposal (VECP) I royalty claim was time-barred. Id. at 1274-75. The lower court opinion had also concluded that plaintiff was improperly attempting to enforce Armed Services Board of Contract Appeals awards in the Court of Federal Claims, but that, even if the court had jurisdiction over plaintiff's claim, the government would be entitled to summary judgment on the claim. Id. at 1272. The Federal Circuit found jurisdiction over the plaintiff's VECP II royalty claim, but agreed with the lower court on the merits, and remanded plaintiff's VECP II royalty claim, with instructions to enter judgment in favor of the government on the merits. Id. at 1275-76.

Therefore, the portion of the November 1, 2005 judgment of the Court of Federal Claims which dismissed the VECP I royalty claim for lack of jurisdiction has been **AFFIRMED** by the Federal Circuit. In accordance with the instructions of the Federal Circuit, the clerk's office shall **VACATE** the portion of the judgment entered by the court on November 1, 2005, which had dismissed the VECP II royalty claim for lack of jurisdiction, and enter **SUMMARY JUDGMENT** in favor of the government on the VECP II royalty claim. Plaintiff's complaint, therefore, is **DISMISSED**, with prejudice.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**