# In the United States Court of Federal Claims

**No. 04-440 C**

**MAURICE L. BIANCHI, fdba M. BIANCHI OF CALIFORNIA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 6, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that summary judgment is in favor of the government on the VECP II royalty claim. Plaintiff's complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**April 9, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.